RECEIVED

JUL 1 8 2005
MDW
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| FRED BLANSON, ET AL | CIVIL ACTION 3-04-2553 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the defendant's motion to dismiss, Doc. 5, is DENIED. THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 18 day of July 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2