UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FRED BLANSON, ET AL.** | **CIVIL ACTION NO. 04-2553** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GRAPHIC PACKAGING INTERNATIONAL, INC.** | **MAG. JUDGE JAMES D. KIRK** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 58], together with the written objection thereto filed with this Court [Doc. No. 59], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct under applicable law and supported by the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Summary Judgment [Doc. No. 50] is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 7th day of February, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE